1  EMARD, DANOFF PORT TAMULSKI & WALOVICH LLP
   Andrew I. Port (State Bar # 120977)
2  James J. Tamulski (State Bar # 64880)
   Kevin M. Baldwin (State Bar # 287580)
3  49 Stevenson Street, Suite 400
   San Francisco, California 94105
4  T: (415) 227-9455
   F: (415) 227-4255
5
   aport@edptlaw.com
6  jtamulski@edptlaw.com
   kbaldwin@edptlaw.com
7
   Attorneys for Defendants
8  KAWASAKI KISEN KAISHA, LTD. and
   SAL HEAVY LIFT, GmbH, (erroneously sued
9  herein as "Sal Group" and/or "Sal Germany")

10

11 THE TURLEY LAW FIRM, APLC
   William Turley (State Bar # 122408)
12 David Mara (State Bar # 230498)
   625 Broadway, Suite 635
13 San Diego, CA  92101
   T:  (619) 234-2833
14 F:  (619) 234-4048
   dmara@turleylawfirm.com
15
   Attorneys for Plaintiffs
16 JOHN GONZALES and MARIBEL GONZALES

17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20

| 21 | JOHN GONZALES and MARIBEL GONZALES, | Case No.:  4:13-CV-04758 NC |
|---|---|---|
| 22 | Plaintiffs, | **IN ADMIRALTY** |
| 23 | vs. | **STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINE** |
| 24 | KAWASAKI KISEN KAISHA, LTD.; M/V FRAUKE; SAL GROUP; SAL GERMANY; and DOES 1 to 100. | AS MODIFIED |
| 25 | | |
| 26 | Defendants. | |

27

28

EMARD DANOFF PORT
TAMULSKI & WALOVICH LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -
STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINE
Case No.: 4:13-CV-04758 NC

Subject to the approval of this court, the parties hereby stipulate to the following order to continue the pretrial deadlines and trial date for 60 days from the original dates set by the January 16, 2014 Case Management Scheduling Order.  Pursuant to and for the reasons set forth in the Declaration of the Parties submitted herewith, the parties hereby request the following order be entered in this action:

1. The discovery cut-off date originally scheduled for August 15, 2014 is continued until October 14, 2014.

2. Disclosure of expert witnesses originally scheduled for September 15, 2014, is continued until November 14, 2014.

3. Completion of expert witness discovery, originally scheduled for November 15, 2014, is continued until December 13, ~~2015.~~ 2014

4. The last day to complete mediation of this matter, currently schedule for August 1, 2014, is continued until October 1, 2014.

5. A Further Case Management Conference originally scheduled for August 20, 2014, is continued until October 22, 2014, or such later date as is required by the Court's calendar.

6. The deadline for filing and serving Dispositive Motions, originally scheduled for September 5, 2014, is continued until November 4, 2014.

7. The deadline for the parties to meet and confer and file Pretrial Statements, originally scheduled to be filed by January 21, 2015,  is continued until March 20, 2015.

8. The Pretrial Conference, originally scheduled for February 4, 2015, is continued until April 8, 2~~014,~~ 2015 or such later date as is required by the Court's calendar.

9. The Trial of this matter, originally scheduled for February 23, 2015, is continued until April 27, or such later date as is required by the Court's calendar.

EMARD DANOFF PORT
TAMULSKI & WALOVICH LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINE
Case No.: 4:13-CV-04758 NC

1   IT IS SO STIPULATED.

2

3

4   Dated: June 18, 2014                EMARD DANOFF PORT TAMULSKI
                                        & WALOVICH LLP
5

6
                                        By:   /s/ ANDREW I. PORT
7                                              ANDREW I. PORT
                                          Attorneys for Defendants
8                                       KAWASAKI KISEN KAISHA, LTD and SAL
                                        HEAVY LIFT, GMBH, (erroneously sued herein as
9                                       "Sal Group" and/or "Sal Germany")

10  Dated: June 18, 2014                THE TURLEY LAW FIRM

11

12
                                        By:   /s/ DAVID MARA
                                               DAVID MARA
13                                        Attorneys for Plaintiffs
                                        JOHN GONZALES and MARIBEL GONZALES
14

15
                              CERTIFICATE OF SIGNATURE
16
          I attest that the content of this document is acceptable to all persons above, who were
17
    required to sign it.
18
                                          /s/ ANDREW I. PORT
19                                         ANDREW I. PORT

20

21

22

23

24

25

26

27

28

EMARD DANOFF PORT
TAMULSKI & WALOVICH
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -
STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINE
Case No.: 4:13-CV-04758 NC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June __19__, 2014



_____
NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINE
Case No.: 4:13-CV-04758 NC

EMARD DANOFF PORT TAMULSKI & WALOVICH LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105