UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GONZALES and MARIBEL GONZALES,<br><br>Plaintiffs,<br><br>v.<br><br>KAWASAKI KISEN KAISHA, LTD.; M/V FRAUKE; SAL GROUP; SAL GERMANY; and DOES 1 to 100,<br><br>Defendants. | Case No. 13-cv-04758 NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AS TO DEFENDANT M/V FRAUKE**<br><br>Re: Dkt. No. 21 |

The Court previously ordered plaintiffs to serve defendant M/V FRAUKE by March 17, 2014. Dkt. No. 21. M/V FRAUKE has not appeared in this action and it is not clear from the record whether or not it has been served. Federal Rule of Civil Procedure 4(m) provides that if a defendant is not served within 120 days after the complaint is filed, the court may dismiss the action as to that defendant. By July 2, 2014, plaintiffs must show cause why this action should not be dismissed as to M/V FRAUKE under Rule 4(m).

IT IS SO ORDERED.

Date: June 19, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-04758 NC
ORDER TO SHOW CAUSE